# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 30, 2023

## NO. 03-21-00598-CV

### ASSA ABLOY AB, Appellant

### v.

### Julie Damian and Marcos Damian, Individually and as Co-Independent Administrators of the Estate of Kade Esiquiel Houston Damian, Deceased, Appellees

### APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND THEOFANIS
### REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the district court on October 22, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the district court's order denying the special appearance and renders judgment dismissing AB from the suit. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.